Date: 08/31/10            **DIVIDENDS REMITTED TO THE COURT**      CK #104    Page:
                                                    Rec # 150934

Case Number 09-19947 - SHERMAN, ERIK R

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Southwest Urology** <br> 6900 Pearl Rd. 2nd Floor <br> Cleveland, OH 44130 <br>     ACCOUNT NO. 6895 | 000001 | 169.21 | 2.84 |
| ---------- Remittance Total --------------- | | 169.21 | 2.84 |

_(signature)_

MARVIN A. SICHERMAN, Trustee



FILED 2010 SEP 13 PM 3:55 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND